U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 9 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EVANGELINE B. HARDIN, §
§
Plaintiff §
§
v. § CIVIL NO. 3:10-CV-1343-B
§
MICHAEL J. ASTRUE, §
Commissioner of Social Security, §
§
Defendant. §

## ORDER

After making an independent review of the pleadings, files and records in this case, and the [*handwritten: including a de novo review of the plaintiff's objections*]

Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of

the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are

correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge are adopted. Accordingly, the final decision of the Commissioner

is wholly AFFIRMED.

SIGNED this 29th day of April, 2011.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE